IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

L.A., MOTHER OF J.F., A CHILD,

    Appellant,

v.

                                                 Case No.  5D23-926
                                                 LT Case No. 2022-30375-CJCI

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____/

Decision filed July 11, 2023

Appeal from the Circuit Court,
for Volusia County,
Kathleen McNeilly, Judge.

Lora Scott, of Office of Criminal
Conflict and Civil Regional Counsel,
Orlando, for Appellant.

Rachel Batten, of Department of
Children and Families, Brooksville,
for Appellee.

Sara Elizabeth Goldfarb,
Statewide Director of Appeals, and
Caitlin E. Burke, Senior Attorney,
Tallahassee, for Statewide Guardian
Ad Litem.

Stephen H. Price, of Cramer, Price
& de Armas, P.A., Orlando, for
Adoption Entity.

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., BOATWRIGHT and PRATT, JJ., concur.